

James S.K. Shulman, Esq. #118938
1501 The Alameda
San Jose, CA 95126
(408) 297-3333
Attorney for Debtor(s)

IT IS SO ORDERED.
Signed October 31, 2007

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

KARL H. VAN GASTEL
ADRIANNE D. VAN GASTEL

Debtor(s) /

Chapter 13
Case No. 07-52673-ASW

STATEMENT OF RESOLUTION; ORDER

The debtors appeared at the continued Section 341 Meeting of Creditors held on 10/29/07, thereby resolving the Chapter 13 Trustee's Objection to Confirmation. There are no other objections to the debtor's plan, and the case is ready for confirmation.

Dated: 10/29/07

[Attorney for] Debtor(s) James S.K. Shulman

Dated: _____

Objecting Party or Counsel

All objections to confirmation having been resolved, the Trustee agrees to move the confirmation hearing originally set for 12/3/07 @ 2PM to the calendar set for 11/5/07 @ 2PM .

Dated: 10/30/07

DEVIN DERHAM-BURK, Trustee

** END OF ORDER **

Rev. 2/05

COURT SERVICE LIST

Case Name: KARL H VAN GASTEL                    Case No.: 07-5-2673 ASW
           ADRIANNE D VAN GASTEL

KARL H VAN GASTEL
ADRIANNE D VAN GASTEL
6229 HOPI CRT
SAN JOSE CA
          95123

JAMES S K SHULMAN ESQ
SHULMAN LAW OFFICES
1501 THE ALAMEDA
SAN JOSE CA 95126