408-297-3333 #118938
James S.K. Shulman
Shulman Law Offices
1501 The Alameda
San Jose, CA 95126
Attorney for the Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

KARL H. VAN GASTEL
ADRIANNE D. VAN GASTEL

Chapter 13
Case No. 07-52673-ASW

Debtors_____/

MOTION TO MODIFY CHAPTER 13 PLAN

The Debtors respectfully request that the Court modify the Chapter 13 plan as follows:

__X__ 1. With respect to the monthly plan payments of _$1335_, those payments shall:
_____ be suspended for the months of _____.
_____ be increased to _____, effective _____.
__X__ be decreased to _$700_, effective _10/09_.
_____ (other)

_____ 2. With regard to secured claims:
_____ to treat the claim(s) of additional creditors as secured, as follows:

_____ to change the treatment of certain secured claims, as follows:

_____ to treat as unsecured, the claims of the following creditors which were previously treated as secured.

__X__ 3. With regard to general unsecured claims, to change the dividend paid:
__X__ from _100_% to _4.15_%
_____ from a pot plan* of $_____ to a pot plan* of $_____
_____ from a percentage plan at _____% to a pot plan* of $_____
_____ from a pot plan* of $_____ to a percentage plan at _____%

* A pot plan provides for a sum (as specified above) to be distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in the confirmed plan, as it may have been modified, as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty (60) months of the original date of confirmation.

Other modifications:
__X__ 4. Amended I and J Schedules will be filed.

5. Debtors' reason(s) for requesting the above modification are:
Debtor Karl Van Gastel's prior employment position was eliminated, and his new position is at a reduced salary. The debtors' current net monthly income exceeds their monthly living expenses by $700.

6. The plan, if modified, would be completed within sixty (60) months from commencement of the case.

WHEREFORE, the Debtors request that the Court modify the Chapter 13 plan as set forth above.

Dated: _10/22/09_

Attorney for Debtors  James S.K. Shulman, Esq.