408-297-3333 #118938
James S.K. Shulman
Shulman Law Offices
1501 The Alameda
San Jose, CA 95126
Attorney for the Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

KARL H. VAN GASTEL
ADRIANNE D. VAN GASTEL

Debtors_____/

Chapter 13
Case No. 07-52673-ASW

NOTICE OF OPPORTUNITY FOR HEARING;
CERTIFICATE OF SERVICE

NOTICE IS HEREBY GIVEN that the Debtors have filed a Motion to Modify Chapter 13 Plan. Pursuant to Bankruptcy Rule 2002 and the procedures prescribed by Local Rule 9014-1(b)(3)(A): 1) any objection to the requested relief, or a request for hearing on the matter, must be filed with the Clerk of the U.S. Bankruptcy Court at the address listed below, and served on the Debtors' attorney and the Chapter 13 Trustee as listed below, within twenty (20) days of mailing of the notice; 2) a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) the Debtors' attorney will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to the Chapter 13 Trustee in the case, in the event an objection or request for hearing is timely made.

Dated: 10/22/09

Attorney for Debtors  James S.K. Shulman, Esq.

Court's Address:
Clerk, United States Bankruptcy Court
280 S. First St., Room 3035
San Jose CA 95113

Chapter 13 Trustee:
Devin Derham-Burk
PO Box 50013
San Jose CA 95150

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is 1501 The Alameda, San Jose, California. I served this NOTICE and the associated MOTION TO MODIFY CHAPTER 13 PLAN by first-class United States mail, postage pre-paid, at San Jose, California, on the date noted below and addressed to those listed in Exhibit A attached hereto which includes all parties entitled to receive regularly mailed notices. The Chapter 13 Trustee will receive such notice upon the electronic filing of this document. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 10-26-09   at San Jose, California.

Christine Bechler

Rev. 2/05

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Bank of the West
NC-TRE-B1-C
1450 Treat Blvd
Walnut Creek, CA 94597-2168

Darren Carroll
PO Box 2354
Los Gatos, CA 95031-2354

Ford Credit
National Bankruptcy Service Center
PO Box 537901
Livonia MI 48153-7901

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Kobett Metals
515 Winchester Drive, Ste. C
Campbell CA 95008

Kobett Metals - George Sasko
515 Westchester Dr. #C
Campbell, CA 95008-5046

National City Bank
LOC7180 PO Box 94991
Cleveland OH 44101-4991

Slakey Brothers
PO Box 15647
Sacramento, CA 95852-0647

Adam B. Arnold
PITE DUNCAN, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA 92022-2289

Adrianne D. Van Gastel
Karl H. Van Gastel
6229 Hopi Court
San Jose, CA 95123-5518

Wells Fargo Home Mortgage, Inc.
Bankruptcy Department
MAC X 7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

EXHIBIT "A"