In re: KARL H. VAN GASTEL        Case No. 07-52673-ASW

     ADRIANNE D. VAN GASTEL

# AMENDED SCHEDULE I -- CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

The marital status of the debtor(s) is: married filing jointly

| DEPENDENTS OF DEBTOR AND SPOUSE | | | | |
|---|---|---|---|---|
| | | | Monthly Support | |
| Name | Age | Relationship | Paid by Debtor(s) | Received by Debtor(s) |
| B.. | 18 | daughter | | |
| | | | | |

| EMPLOYMENT | | |
|---|---|---|
| | Debtor | Spouse |
| Occupation | Code Enforcement Officer | School Nurse |
| How long employed | 2 years | 9 years |
| Name of Employer | City of San Jose | Oak Grove School District |
| Employer's Address | 200 E. Santa Clara Street | 6578 Sata Teresa Blvd. |
| | San Jose, CA 95113 | San Jose, CA 95119 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
|---|---|---|
| | Debtor | Spouse |
| GROSS EMPLOYMENT INCOME | | |
| 1. Current monthly wages, salary, and commissions (pro-rate if not paid monthly) | 6,990 | 1,578 |
| 2. Estimated monthly overtime | | |
| 3. SUBTOTAL | 6,990 | 1,578 |
| 4. LESS PAYROLL DEDUCTIONS: | | |
|      a. Payroll taxes and social security | 876 | 248 |
|      b. Insurance | 120 | |
|      c. Union dues | 43 | 28 |
|      d. Retirement | 629 | 106 |
|         Other (Specify): | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | 1,668 | 382 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | 5,322 | 1,196 |
| OTHER SOURCES OF INCOME | | |
| 7. Regular income from operation of business, profession, or farm (attach detailed statement) | | |
| 8. Income from real property | | |
| 9. Interest and dividends | | |
| 10. Alimony, maintenance or support received by debtor or for support of listed dependents | | |
| 11. Social Security | | |
|    Other government assistance or benefits (specify) | | |
| 12. Pension or retirement income | | |
| 13. Part-time job | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | 5,322 | 1,196 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) (Report also on Summary of Schedules) | | 6,518 |

Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.

## AMENDED SCHEDULE J -- CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. If so, complete the second column also.

| | DEBTOR | SPOUSE (If separate) |
|---|---|---|
| 1. Rent or home mortgage payment | | |
|     (include mobilehome space rent) | 3,108 | |
|     a. Real estate taxes (not included above) | 233 | |
|     b. Property insurance (not included above) | 72 | |
| 2. Utilities | | |
|     a. Electricity and heat | 350 | |
|     b. Water and sewer | 70 | |
|     c. Telephone | 240 | |
|     d. Internet Services | 29 | |
|        Cable TV | 89 | |
|        Other: | | |
| 3. Home maintenance (repairs and upkeep) | | |
| 4. Food and home supplies | 657 | |
| 5. Clothing | | |
| 6. Laundry and dry cleaning | | |
| 7. Medical and dental | 50 | |
| 8. Transportation (except car payment) | 300 | |
| 9. Newspapers, magazines & school supplies | 25 | |
|     Recreation, clubs and entertainment | | |
| 10. Charitable contributions | | |
| 11. Insurance (not deducted from wages or | | |
|     included in home mortgage payments): | | |
|     a. Homeowner's or renter's insurance | | |
|     b. Life | | |
|     c. Health/medical | | |
|     d. Auto | 290 | |
|     e. Trailer | 73 | |
| 12. Taxes (not deducted from wages or | | |
|     included above) Specify: | | |
| 13. Installment payments: (In chapter 12 or 13 | | |
|     do not list payments included in the plan) | | |
|     a. Auto | | |
|     b. Trailer loan | 172 | |
|     c. Other: | | |
| 14. Alimony, maintenance, and support | | |
|     paid to others | | |
| 15. Other support (specify): | | |
| 16. Regular expenses of business, profession, or farm | | |
| 17. Other expenses (specify): | | |
|     Trailer storage | 60 | |
| TOTAL THIS COLUMN | 5,818 | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report on Summary of Schedules) | | 5,818 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 15 of Schedule I | | 6,518 |
|     b. Average monthly expenses from Line 18 above | | 5,818 |
|     c. Monthly net income (a. minus b.) | | 700 |