JAMES S.K. SHULMAN, ESQ.  ID#118938
Shulman Law Offices
1501 The Alameda
San Jose, CA 95126
(408) 297-3333

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Karl H. Van Gastel
Adrianne D. Van Gastel

Debtor(s) /

Chapter 13
Case No.    07-52673-ASW

DEBTOR(S') DECLARATION REGARDING
AMENDED SCHEDULES; CERTIFICATE
OF SERVICE

_1_ I/We declare, under penalty of perjury, that I/we have read the amended schedule(s) consisting of _1_ pages, and that they are true and correct to the best of my/our knowledge, information, and belief.

Dated: OCT 22-2009

_____
Debtor    Karl H. Van Gastel

Dated: Oct. 22, 2009

_____
Debtor    Adrianne D. Van Gastel

## CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is 1501 The Alameda, San Jose, CA 95126. I served this DEBTOR(S') DECLARATION REGARDING AMENDED SCHEDULES and the amended schedules by first-class United States mail, postage pre-paid, at San Jose, California on the date noted below and addressed to those listed in Exhibit A attached hereto which includes all parties entitled to receive regularly mailed notices. The Chapter 13 Trustee will receive such notice upon the electronic filing of these documents. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated:    10-26-09

_____
Christine Bechler

Rev. 2/05